**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DARYL THOMAS,

    Plaintiff,

v.

JOHN PALAKOVICH, WARDEN OF CAMP HILL PRISON; MARY SABOL, WARDEN OF YORK COUNTY PRISON; DOCTOR VONKIEL; MEGHANN C. CENTENO, COUNSELOR; DOCTOR NICHOLAS SCHAFF, CHIEF OF CLINICAL SERVICE PENNSYLVANIA DEPARTMENT OF CORRECTIONS;

    Defendants.

CIVIL ACTION NO. 3:11-CV-2172

(JUDGE CAPUTO)

(MAGISTRATE JUDGE BLEWITT)

## ORDER

**NOW**, this ___29th___ day of March, 2012, after consideration of Magistrate Judge Blewitt's Report and Recommendation to dismiss Plaintiff's Complaint (Doc. 1) and grant his Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2), as well as Plaintiff's Objections, **IT IS HEREBY ORDERED THAT** the Report and Recommendation (Doc. 9) is **ADOPTED in part** and **REJECTED in part** as follows.

(1) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* is **GRANTED.**

(2) The following claims in Plaintiff's Complaint are **DISMISSED:**

    (a) Plaintiff's Eighth Amendment claims against Warden Palakovich and Warden Sabol;

    (b) Plaintiff's Fifth and Fourteenth Amendment claims;

    (c) Plaintiff's medical malpractice claim;

    (d) Plaintiff's claim for monetary damages from Dr. Nicholas Schaff in his official capacity; and

    (e) Plaintiff's claim for injunctive relief.

(3) Plaintiff will have **twenty-one (21) days** to amend his Eighth Amendment claims against Warden Palakovich and Warden Sabol. When submitting an amended complaint, Plaintiffs must follow the procedure for highlighting of

amendments outlined in **Local Rule 15.1(b).**

(3) The case shall be recommitted to Magistrate Judge Smyser for further proceedings.

 /s/ A. Richard Caputo
A. Richard Caputo
United States District Judge