IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYL THOMAS, | |
| Plaintiff, | No. 3:11-CV-2172 |
| v. | (JUDGE CAPUTO) |
| JOHN PALAKOVICH, et al., | (MAGISTRATE JUDGE BLEWITT) |
| Defendants | |

## ORDER

NOW this 18th day of July 2012, upon review of Magistrate Judge Blewitt's Report and Recommendation (Doc. 16) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 16) is **ADOPTED.**

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED WITH PREJUDICE.**

(3) The Clerk of Court is ordered to mark this matter as **CLOSED.**

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge